1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   RALPH DUDLEY,                          Case No. 20-cv-03913-SI

11              Plaintiff,                   **AND ALL RELATED CASES**

12        v.                                **ORDER STAYING CASES PENDING
                                            RULING BY JUDICIAL PANEL ON
13   GLAXOSMITHKLINE LLC, *et al*.,          MULTIDISTRICT LITIGATION
                                            REGARDING TRANSFER**
14              Defendants.
                                            Re: Dkt. Nos. 4, 14, 16, 31
15

16

17        On June 22 and 23, 2020, the Court related a number of pending cases in this District and

18   issued a scheduling order on the motions to remand and motions for a stay that had been filed in the

19   related cases.  Since that time, the Judicial Panel on Multidistrict Litigation has filed conditional

20   transfer orders pursuant to 28 U.S.C. § 1407 transferring the related cases to Judge Robin L.

21   Rosenberg of the Southern District of Florida for coordinated or consolidated pretrial proceedings,

22   *In re: Zantac (Ranitidine) Prods. Liab. Litig*., MDL No. 2924.  The Court is aware that oppositions

23   to the conditional transfer orders have been filed, and that the JPML will be considering the transfer

24   matter at its upcoming bimonthly meeting.

25        Accordingly, the Court finds that it is in the interest of judicial efficiency and comity to

26   STAY all matters in the related cases until after the JPML has ruled on the transfers.  It is the Court's

27   view that if the JPML transfers these cases to Judge Rosenberg, it is appropriate that Judge

28   Rosenberg resolve the motions for remand.  If the JPML does not transfer the cases, this Court will

*United States District Court*
*Northern District of California*

set an expeditious schedule for briefing and hearing the motions for remand.

**IT IS SO ORDERED**.

Dated: June 30, 2020

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California